CHARLES E. SMITH
276 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.683.3956

Plaintiff PRO SE

MICHELE Z. STEVENSON, Bar No. 180882
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:   916.830.7200
Facsimile:    916.561.0828

Counsel for Defendant
OFFICEMAX NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHARLES E. SMITH,<br><br>             Plaintiff,<br><br>      v.<br><br>OFFICEMAX NORTH AMERICA, INC.<br><br>             Defendant. | CASE NO.  2:10-CV-00727-FCD-KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Complaint Filed February 22, 2010 |
|---|---|

Plaintiff Charles E. Smith ("Plaintiff") and Defendant OfficeMax North America, Inc. ("OfficeMax"), by and through its attorneys, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Dated: April 20, 2010.                                                  Dated: April 20, 2010.


*/s/ Charles E. Smith (per e-mail consent)*          */s/ Michele Z. Stevenson*
CHARLES E. SMITH                                                MICHELE Z. STEVENSON
Plaintiff PRO SE                                                       LITTLER MENDELSON
                                                                                 Attorneys for Defendant
                                                                                 OFFICEMAX NORTH AMERICA, INC.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

1.                                          Case No. 2:10-CV-00727-FCD-KJN
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER

## **ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

2.   Case No. 2:10-CV-00727-FCD-KJN
STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER